```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                          2:01-cr-110-FtM-29DNF

DWAYNE BROUGHTON

_____

**OPINION AND ORDER**

     This matter comes before the Court on Defendant's Motion for Reconsideration of 18 U.S.C. § 3582(c)(2) Motion to Reduce Sentence and From April 23, 2008 Order Reducing Sentence, in Part, To 324 Months (Doc. #47) filed on May 7, 2008.  Contrary to the title of defendant's motion, there was no April 23, 2008 Order which reduced defendant's sentence.  Rather, the Court's April 29, 2008 Opinion and Order (Doc. #46) found defendant was not eligible for a sentence reduction under the recent Sentencing Guidelines cocaine base amendments because of his status as a career offender and that there was no other basis which provided the Court with authority to reduce defendant's sentence.  Both holdings remain applicable, and defendant suggests nothing which would support contrary findings. Not only does post-conviction rehabilitative efforts not provide the court with jurisdiction under 18 U.S.C. § 3582(c)(2), but the Eleventh Circuit has held that consideration of post-conviction rehabilitative efforts upon resentencing would be improper. <u>United States v. Lorenzo</u>, 471 F.3d 1219 (11th Cir. 2006); <u>United States v.</u>

Simmons, 368 F.3d 1335, 1339-40 (11th Cir. 2004); United States v. Tirado, 2008 WL 772577 (11th Cir. 2008).

Accordingly, it is now

**ORDERED**:

Defendant's Motion for Reconsideration of 18 U.S.C. § 3582(c)(2) Motion to Reduce Sentence and From April 23, 2008 Order Reducing Sentence, in Part, To 324 Months (Doc. #47) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of May, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Dwayne Broughton